IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORNELIUS HILL,

    Petitioner,

v.

RANDALL R. HEPP,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-95-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing petition of Cornelius Hill for a writ of habeas corpus under 28 U.S.C. § 2254 for failure to state a plausible claim for relief.

/s/                                                       5/30/2018

Peter Oppeneer, Clerk of Court                  Date